ANN B. D. RUDDEROW and others, complainants,
and
MARGARET NIELD and others, defendants.

On appeal from a decree of the chancellor, reported in 12 *C. E. Gr.* 89.

Bill for construction of will.

PER CURIAM.

This appeal appears to be merely formal, for the purpose of obtaining the judgment of the court of the last resort with respect to the will in question.

The decree of the chancellor, for the reasons stated by him, should be affirmed, with costs.

Decree unanimously affirmed.

---

WALTON E. LAWTON, appellant,
and
RODMAN M. PRICE, and others, respondents.

On appeal from a decree of the vice-chancellor, reported in 12 *C. E. Gr.* 325.

PER CURIAM.

This decree unanimously affirmed, for the reasons stated in the opinion of the vice-chancellor.